UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Ft. Lauderdale Division)

CASE NO. 0:85-CV-06190-JAG

SECURITIES & EXCHANGE COMMISSION,

    Plaintiff

v.

E.S.M. Group, et al.,

    Defendant
_____/

## UNOPPOSED MOTION OF JEFFREY TEW
## TO TRANSFER FUNDS TO SECURITIES AND EXCHANGE COMMISSION

    Jeffrey Tew, as personal representative (the "Personal Representative") in the estate of Cornelius Thomas Tew, Jr. (also known as Thomas Tew), who was the Receiver (the "Receiver") for E.S.M. Government Securities, Inc., moves on an unopposed basis, to transfer receivership funds to the Securities and Exchange Commission (the SEC") for remittance to the United States Treasury.

### INTRODUCTION

    The Receiver was a partner at the law firm of Tew Cardenas LLP until his death on January 27, 2014. See copy of *Death Certificate* attached hereto as **Exhibit A**. While at Tew Cardenas LLP, the receivership was concluded and the case was closed.

    In 2014, Tew Cardenas LLP ceased operations and is winding up its affairs. During the course of administration of the estate of the Receiver, the Personal Representative discovered that there were residual receivership funds held by the Receiver as liquidating trustee in the amount of $7,963.81 in an account at Citibank. The Personal Representative believes these are unclaimed funds.

Case 0:85-cv-06190-JAG   Document 765   Entered on FLSD Docket 02/26/2016   Page 2 of 3

Securities and Exchange Commission v. E.S.M. Group, et. al.
Case No. 0:85-CV-06190-JAG
Page 2 of 2

## MEMORANDUM OF LAW

The case was closed in 1994. The cost, expense, and delay of trying to determine to whom the $7,963.81 can be paid is not justified under the circumstances. The Personal Representative respectfully requests authorization to transfer the funds remaining to the SEC for remittance to the United States Treasury. The SEC does not oppose the request.

For the Court's convenience, a proposed Order granting this Motion, the form of which the SEC has reviewed and approved, is attached as **Exhibit B**.

WHEREFORE, the Personal Representative respectfully requests that this Court enter an Order authorizing the Personal Representative to transfer the funds to the SEC.

Respectfully submitted,

**STOKES MCMILLAN ANTÚNEZ P.A.**
*Attorneys for Jeffrey Tew, Personal Representative in the Estate of Thomas Tew*

_____
Juan C. Antúnez, Esq.
Florida Bar No. 097659
Primary e-mail: eservice@smpalaw.com
Secondary e-mail: jantunez@smpalaw.com
Tertiary e-mail: rmauskar@smpalaw.com
Quaternary e-mail: mbradley@smpalaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2016, I filed the foregoing document with the Clerk of Court as a conventional filing. I also certify that the foregoing document is being served this day via U.S. Mail on: Angelica Rodriguez, Securities and Exchange Commission, 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.

_____
Juan C. Antúnez, Esq.

**Stokes McMillan Antúnez P.A.**
Two Datran Center, Suite 1901, 9130 South Dadeland Boulevard, Miami, Florida  33156
(305) 379-4008

## STATE OF FLORIDA
### BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2014013363  **DATE ISSUED:** January 31, 2014

**DECEDENT INFORMATION**  **STATE FILE DATE:** January 30, 2014

NAME: CORNELIUS THOMAS TEW JR

DATE OF DEATH: January 27, 2014     SEX: MALE     AGE: 073 YEARS
DATE OF BIRTH: September 10, 1940   SSN: 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
BIRTHPLACE: GAINESVILLE, FLORIDA, UNITED STATES
PLACE WHERE DEATH OCCURRED:    INPATIENT
FACILITY NAME OR STREET ADDRESS: UNIVERSITY OF MIAMI HOSPITAL
LOCATION OF DEATH: MIAMI, MIAMI-DADE COUNTY

## SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION

MARITAL STATUS: DIVORCED
SPOUSE (IF FEMALE, MAIDEN NAME): NONE
RESIDENCE:  3 GROVE ISLE DRIVE APT NO. C405, MIAMI, FLORIDA  33133, UNITED STATES
COUNTY: MIAMI-DADE
OCCUPATION, INDUSTRY: ATTORNEY, AT LAW
RACE:   X White     ___Black or African American     ___Asian Indian     ___Chinese     ___Filipino     ___Native Hawaiian
___American Indian or Alaskan Native—Tribe:                          ___Japanese     ___Korean     ___Vietnamese
___Guamian or Chamorro        ___Samoan          ___Other Pacific Isl.
___Other Asian:                                   ___Other:                               ___Unknown
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
EDUCATION: DOCTORATE DEGREE (E.G., PHD, EDD)     EVER IN U.S. ARMED FORCES? YES

## PARENTS AND INFORMANT INFORMATION

FATHER:  CORNELIUS  THOMAS  TEW
MOTHER:  MAMIE  OPHELIA  CLEMENTS
INFORMANT:  KRISTINA  TEW
RELATIONSHIP TO DECEDENT: DAUGHTER
INFORMANT'S ADDRESS: 3 GROVE ISLE DRIVE APT NO. C405, MIAMI, FLORIDA  33133, UNITED STATES

## PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION

PLACE OF DISPOSITION:  VAN ORSDEL CREMATORY
                       MIAMI, FLORIDA
METHOD OF DISPOSITION: CREMATION
FUNERAL DIRECTOR/LICENSE NUMBER: VIVIAN FERRO, F043730
FUNERAL FACILITY:  VAN ORSDEL KENDALL CHAPEL F040221
                   11220 N KENDALL DRIVE, MIAMI, FLORIDA  33176

## CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN     MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 hr):  2150
CERTIFIER'S NAME:  ORLANDO ESTEBAN SILVA
CERTIFIER'S LICENSE NUMBER:  ME67528
NAME OF ATTENDING PHYSICIAN (If other than Certifier): NOT ENTERED

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.     REQ:  2014548544

WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

Exhibit A

DH FORM 1946 (03-13)

CERTIFICATION OF VITAL RECORD

*30799468*